# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERFACE LINX, LLC,<br><br>Plaintiff,<br>v.<br><br>HAIER AMERICA COMPANY, LLC<br>and HAIER GROUP CORPORATION,<br><br>Defendants. | Civil Action No. 1:17-1098-LPS-CJB |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Interface Linx, LLC ("Plaintiff") hereby files this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the parties upon the filing of a joint stipulation without order of court.

Accordingly, the parties request that the Court dismiss this action without prejudice pursuant to Rule 41(a)(1). Each side shall bear its own costs and fees.

Date: May 11, 2018

| | |
|---|---|
| DEVLIN LAW FIRM LLC | ASHBY & GEDDES |
| | |
| */s/Timothy Devlin* | */s/ John G. Day* |
| Timothy Devlin | John G. Day |
| 1306 N. Broom Street, 1st Floor | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19806 | P.O. Box 1150 |
| Tel: (302) 449-9010 | Wilmington, DE 19899 |
| tdevlin@devlinlawfirm.com | (302) 654-1888 |
| | Email: jday@ashbygeddes.com |

| | |
|---|---|
| John E. Lord<br>Oscar M. Orozco-Botello<br>ONE LLP<br>9301 Wilshire Blvd.<br>Penthouse Suite<br>Beverly Hills, CA 90210<br>jlord@onellp.com<br>oobotello@onellp.com<br><br>*Attorneys for Plaintiff* | John P. Schnurer<br>Perkins Coie LLP<br>11988 El Camino Real<br>Suite 350<br>San Diego, California 92130-2594<br>Email: JSchnurer@perkinscoie.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2018.

_____
Honorable Leonard P. Stark
U.S. District Judge